# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)

Ricardo Cleo Pruett JR

v.

(Full name of defendant(s))

Milwaukee Police Dept.
Officer Williams and
Officer Rodgeuis

Case Number:

_____
(to be supplied by Clerk of Court)

U.S. District Court
Wisconsin Eastern
SEP 22 2025
FILED
Clerk of Court

A. PARTIES

1. Plaintiff is a citizen of Milwaukee (State), and is located at 949 North State Street Milwaukee County Jail (Address of prison or jail)

2. Defendant Officer Rodriguez (Name) is (if a person or private corporation) a citizen of Milwaukee (State, if known) and (if a person) resides at Milwaukee Police Department (Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)
worked for Milwaukee, Police Dept, Rodriguez
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On Aug. 27, 2025 at Marshall High School Officer Williams and Officer. Rodriguez Violated my rights. I, Ricardo Cleo Pruett was staying at 4141. North. 64th and Hope at Marshall high school with red Cross do Two the flood a Call was made for some reason I do not know at 12:15 I was eating lunch When Officer. Rodriguez Walk in and Grab me and Took me out of Marshall School as I begune Two ask Questions he begune Two act Crazy and Say Shut The 'F' up and get in the Car I also ask Officer Williams female Officer Whats going on She Said They Will Talk Two you When You get

Complaint – 2

Two the Hospital I told them I'm not sick why is we going two the Hospital for they said nothing at 12:30 we arrived at Mount Sinai Hospital at 945 North 12th St. When the 2 officer opend my door wear I was siting on the right passenger side door in the back set i step out and begone two walk away I never Ran from the Officer. When I Walk away I hard a pop sound I was Hit two Times By officer Rodriguez Tazer In The Back when I fell two the Grown I felt the Tazer again two my right side of my head wair officer Rodriguez Tazed me The second time But Tazed me on The right side of my head was I pass out I even told them I have very bad Asthma he kap on Tazing me and said two me are you fucking stupid he had his knee in my neck and other knee in my back. I was then pick up and tooking into the Hospital.

end of Report

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $52,600.00.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

If I Win I Would like The Courts Two Help me Dismiss all my Case from 2024 Wair my Records are Clean I would like The Courts Two Help me get intwo Some Anger mangement Class and I would like The Courts Two Grant me in The Amount of my Claim of $52,600.00 So I Can Pay for The Injury's Milwaukee Police Dept Put on my body. I Was Also Tried To buy With) Wisconsin Constitution of Article 1 Section 6 Excessive bail shall not be Required, Nor Shall excessive fines be imposed, Nor Cruel And Unusual Punishment inflicted.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☐ - YES    ☒ - NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this \_\_17\_\_ day of \_\_Monday\_\_ 20\_25\_.

Respectfully Submitted,

*Ricardo C. Pruitt*
Signature of Plaintiff

XCQ5015303
Plaintiff's Prisoner ID Number

949 North 9th Street
Milwaukee, County Jail 53233
(Mailing Address of Plaintiff)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5