Linda M. Klemm
Clerk of Court            Case No# 25-CV-1461

S/ Alex V. Deputy Clerk )   Date 10/8/2025
                             2:45pm

Dear Judge my name is Ricardo Pruett I'm sending you this letter on my behalf two let you know that on 08/27/2025 at 12:19 officer Justino Rodriguez went way beyond force after takeing me out of his car at Misi Hospital officer Rodriguez Justino continue two used (Dangerous bodily harm two my (Arms, head, and Back officer Rodriguez Tazed me (2) Times once in my back after he though I was trying two run when he Tazed me and I went down on the ground he then Taze me the secound time in my head on the Right side Now I'm Takeing Pain Meds do two the fact officer Rodriguez Tazed me on the Right side of my head its hard for me two sleep at night I have two see a Doctor every week for my head. After Rodriguez Tazed me he had his knee and other knee in my back it was hard for me two Breathe he had his knee in my back and on my shoulders for more then 3 Minutes Before he called for back up. This is Dangerous that this officer have done and I have also wrote out my claim form state also thank you.