Re: Pruett V. Milwaukee Police Department et al
Case No. 25-CV-1461

JPS

U.S. District Court
Wisconsin Eastern
OCT 14 2025
FILED
Clerk of Court

| | |
|---|---|
| Pruett, Cleo Ricardo  V.  Milwaukee Police Department et al | Case No. 25-CV-1461  Claim Amount: $75,000.00 |

## — Claim Statement —
### Amount

I, Ricardo Pruett, swear on Oaks that every thing I say is true. I'm asking the Courts and Judge two grant me in the Amount for my Claim in the Amount of ($75,000.00) do two these bodiley Harm, Knees in my Back And Shoulders, Tazed in my Head, this is Cruel behavior. The Trust Fund Account Here At the County is not trying two give me my (6 Months Statement for my Trust Account". This is my Claim.

Ricardo Pruett Cleo
Seeking
Claim Amount $75,000.00

Date. 10/8/2025
Time 2:45pm