JPS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN:

U.S. District Court
Wisconsin Eastern

OCT 2 0 2025

FILED
Clerk of Court

STATEMENT CLAIM
CASE, NO# 25-CV-1461

LINDA A. KLEMM
Clerk of Court:

Claim Seeking
$ 86,000.00
Final Claim

Dear. Linda A. Klemm  I, have Tryed my Very best Two get my Institutional Trust Account Statement From Them I, Sent Request after Request They are not Trying To give it Two me I, have even wrote on paper Asking Them and They steal have not giveing It two me at all now the Canty Jail have Been throwing away alot of are mail do To a lot Of lawsuites they have on them The only thing I, Can say It I, do not have no money Comeing in no more and please help me and Can you please ask The judge Can he please Call Me Two Court So I, Can Show him what This Officer (Justino Rodrigues who works For Dite 7 at 3626 West furd Du Lac Ave in milwaukee, Wi 53216 what he Did Two my Arms and my head It's hard For me Two sleep I, have Black outs and pass out I, even be Jumping In my sleep at night from This Officer Tazed me In The right Side of my head I, have Two Take medciens now do Two what had happend So Please Linda they no what I'm

I, am Trying Two do here at the County, if You Can please help me and I, Can show You and The Judge my bodily harm and the braises That This Officer put on my body. I, would love Two hear Back From you soon.

Thank You.
Linda A. Klemm

Mr. Ricardo Cleo Pevott
# 2025015303
LoC - Cell - 35
SSn # 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

Claim Amount Seeking

( $ 86,000.°° )
Final
I, weil saittled It out For
This Claim:

Ricardo Cleo Huett
Milwaukee County Jail
949 N. 9th Street
Milwaukee, Wisconsin 53233
POD VOC     CELL 35
BOOKING# 2025015303

MILWAUKEE WI 530
17 OCT 2025 PM 5 L


FOREVER / USA



Linda A. Klemm
UNITED STATES DISTRICT COURT OFFICE OF CLERK
EASTERN DISTRICT OF WISCONSIN
517. EAST, WISCONSIN AVE, ROOM. 362
MILWAUKEE, WISCONSIN 53202

53202-458299