JPS

# CLAIM

STATEMENT FOR CLAIM: CLAIM SEEKING IN
CASE NO: 25-CV-1461    THE AMOUNT OF

RE: Ricardo Pruett           $2.2 Million
    o Vs. o
OFFICER JUSTINO RODRIGUES
3626, WEST FUND DU LAC AVE
MILWAUKEE, WI, 53216
MILWAUKEE POLICE DEPT- MPD-DITC-7

U.S. District Court
Wisconsin Eastern
OCT 2 0 2025
FILED
Clerk of Court

I, COME FOURTH ON MY BEHALF TWO TELL YOU THE TRUTH ON OAK'S. THAT (OFFICER JUSTINO RODRIGUES) USED FORCE ON MY BODY AND THAT THIS IS A VIOLATIONS OF MY CONSTITUTIONAL RIGHTS AND MALICIOUS PROSECUTION. THIS WAS WRONGFULL ARREST AND FALSE IMPRISONMENT AFTER I, WAS TAKEING OUT OF OFFICER JUSTINO RODRIGUES CAR HE WAS ALREADY UPSET FOR SOMETHING EALSE WITCH I, DON'T KNOW WHAT THE CASE WAS. I HAD STARTED TWO WALK TOWERD THE OUTHER OFFICER AFTER SHE CALLED ME TWO FOLLOW HER SO I, DID BEFOR I, CAN START WALKING NOT EVEN 10 FEET AWAY I, WAS HIT IN BOTH SIDE OF MY BACK AND IN MY LEGS I, HIT THE GROUND HARD AFTER HITING MY HEAD ON THE GROUND OFFICER (RODRIGUES, JUSTINO) HAD PUT HIS KNEE ON MY BACK AND THE OTHER KNEE ON MY NECK

WEAR I, COULD NOT MOVE HE THEN SAID TWO ME OUT HIS OWN MOUTH ARE YOU FUCKING STUPID THEN I, TOLD HIM I, HAVE REALY BAD ASHAMA AFTER SAYING THAT I, WAS HIT AGAING ON THE RIGHT SIDE OF MY HEAD AGAING WITH THE TAZER WEAR I, HAD BLACK OUT I, COULD NOT MOVED FOR 5MINS I, WAS PUT ON A HOUSPITAL BED STRIP DOWN WEAR I, COULD NOT BREATH MY HANDS WAS STRETCHD OUT ABOVED MY HEAD HARD AND LEGS CUFF DOWN TWO THE BED. AFTER 10MINS TYED DOWN TWO THE BED AND COULD NOT MOVED ONE OF THE C/O OFFICER FEMALE GRAB MY PRIVET PART AND TOLD ME NOT TWO MOVE WHEN THE NURSE WALK IN THEY HAD HOLD ME DOWN PULLED MY SHORTS DOWN GRAB MY PRIVET PART SO THE NURSE CAN SWB MY PRIVET PART THERE WAS NO WARRIRT ISSUES TWO DO THIS AND I, DID NOT GIVE THEN CONCENT TWO DO IT, I, WONT TWO TALK TWO THE JUDGE MY SELF ABOUT MY CLAIM AND SETTLEMENT THIS IS MY STATEMENT:

(CLAIM SETTLEMENT:)
#① 2.2 Million > 1st Claim) Ricardo Pruett
OR                        ssn# 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
#② 1,75,000 ) 2nd Claim) Ricardo Pruett
One Hundred and Seventfive Thounded

Ricardo Cleo Pruett, Jr
ID NO 2025015303
Milwaukee County Jail
949. N. 9th. ST
Milwaukee, WI 53233
6C-Cell-35


16 OCT 2025 PM 7 L


FOREVER / USA

Clerk
LINDA. M KLEMM
United States District Court Office
OF THE CLERK
517. EAST. WISCONSIN Ave. Room 362
Milwaukee, WISCONSIN. 53202

53202-458299

U.S. Marshals Service
Eastern District of Wisconsin
OCT 20 2025