JPS

U.S. District Court
Wisconsin Eastern
OCT 27 2025
FILED
Clerk of Court

Date: 10/22/2025

Linda M. Klemm
Clerk of Court

Case No. 25-CV-1461

Pruett V. Milwaukee Police

Amount: Seeking ($85,000)

Re: Dear Linda M. Klemm

I'm sorry that It took so long two send This but Can you please let me know whats going on with my Case now I, Understand you guys Be busy and got other Case But The County Is playing Games with are Mail They are throwing Inmates mail away, and not sending are mail out or giveing us are mail This Is wrongfull doing, now I'm sending you the name of the police officer who did bodily harm, and Also used deadly force on Me" his name and address weill be at the end of This statement so If you Can you please have Judge ( J.P Stadtmueller) please help me I'm not asking for Much If We Can slettled It out for $85,000 I, Will Take That please and Thank you...

Hear Is the Officer name and Wear he Works.

( Justino Rodriguez
3626, West Fond du Lac Ave # 31
Milwaukee, WI 53216 )

I, Don't Have know Money