

United States District Court Office
of the Clerk, 517 East Wisconsin Ave.
Room 362, Milwaukee, Wisconsin 53202

Case No.# 25-CV-1461

$75,000.°° Settlement Claim:

Re:> Dear District Court Office

My name Is Ricardo Cleo Pruett JR I'm sending you all a copy of my (Inmate Balance (History) Report showing my balance I, have no Money In my Account The County TOOK my money I, have no support No Family No one I lost every Thing I, have no body two send me any Money So please I, ask you send Me something That We can beat This Case and If you can send someone two Take picthers of my Arm and I, have proff That officer/Justino, Rodriguez (#022569) have did bodley Harm and Tazed me In my head and had His Knees In my back and my neck I, could not Move This officer Have used abuse on Me I, have now Head Trauma Witch Is a Major Issues for Me now The Inpact was bodley Harm and painful and disturbing for my Family I, can't sleep at night sometimes because of what This officer have done two me I'm only asking The Court for $75,000.°° Settlement: Thank you.—

Ricardo Cleo Pruett
**Milwaukee County Jail**
**949 N. 9th Street**
**Milwaukee, Wisconsin 53233**
**POD** UC, **CELL** 35
**BOOKING#** 2025015303

MILWAUKEE WI 530

5 NOV 2025 PM 4

NOV 7 2025

United states District Court office of Clerk, 517. E Wisconsin Ave, Room 362 milwaukee, Wisconsin 53202

53202-458299