JPS/PP   25-cv-1461
         25-cv-1709

United States District Court"         11/4/25
                                      11:35 Am
                NOV 10 2025

Re: Dear District Court I, have sent two you all a Copy of my Inmate Trust Acount I don't Know IF you all have goting It and I, Know That The mail Room Is Throwing Are mail away because they Know the Inmates are doing law suite now I, have sent out To Account To you please let me Know IF you all have goting Them please give me some time Two work on paper Work Here I, have no money Two pay Court Costs or fee please IF you can have someone Two Call up here They are throwing are mail away. please let me Know IF you Guys Received my Inmates Account please and Thank you.

Yours Truley,
Ricardo Pruett
#208015303
LC-35
ssn# 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