Motoinsts For
:SettledMENt:

WED
U.S. District Court
Wisconsin Eastern
MAR 12 2026
FILED
Clerk of Court

Pruett, Ricardo

- vs -

Justino Rodrigez
Tameilla Williams
Milwaukee, police Dept

CASE: NO xx - xx - xxx

- Green Bay Divison -

I, Ricardo (. Pruett,) Swoar on OATh And under Purjuary Everything I, Say Is True. And Forgoing:

Im Sending this Motorison on my behalf Asking The Courts I, Would like to Settled It, out For ($ 250,000.°°) And I, Well Sing off on It If the Courts Neil also Grant Me This SettledmenZ Im Seeking For The bodly Harm, And lack of Treatment It, have done Wrong. I, Have a (Mental Health) It have A big Effect on Me Now These (2) Officer Dont Deserved Two Bc on The Force They Need Two Be Replace. And I, Need to be Protected so I Can build A Foundation For My Family. Thank You. = Judge. William C. Griesbach: